AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| DEBORAH L. MORENO,<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>      Defendant. | )<br>)   **JUDGMENT**<br>)   **CASE NO. 4:12-CV-143-D**<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Objection to the Memorandum and Recommendations [D.E. 29] is SUSTAINED, Plaintiff's Motion for Judgment on the Pleadings [D.E. 22] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 24] is DENIED, and the Court REMANDS the case pursuant to sentence four of 42 U.S.C. § 405(g) for proper consideration of Dr. McKee's opinion.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 6, 2013,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF electronic notification)
Mark D. Epstein (via CM/ECF electronic notification)

| | |
|---|---|
| September 6, 2013<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina