UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DEBORAH L. MORENO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:12-CV-143-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $14,000.00 and that Plaintiff's counsel pay to Plaintiff the sum of $5,000.00 and upon the payment of such sums this case is dismissed with prejudice.

**This Judgment Filed and Entered on May 26, 2015, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| Marc D. Epstein | (via CM/ECF Notice of Electronic Filing) |

DATE:　　　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

May 26, 2015　　　　　　　　　　　　　　(By) /s/ Courtney O'Brien

　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk